**Order entered May 2, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00079-CV

**EDDIE & SHIRLEY JONES AND ALL OCCUPANTS, Appellants**

**V.**

**HSBC BANK USA NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. 13-06600-A**

## ORDER

Because appellants have failed to comply with the Court's March 26, 2014 directive to file written verification that they have requested preparation of the reporter's record and have either paid the reporter's fee or been found to be entitled to proceed without pre-payment of costs, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellants shall file their brief no later than June 2, 2014. Appellee's April 18, 2014 motion to dismiss is **DENIED**.

/s/      ELIZABETH LANG-MIERS
JUSTICE